ROBERT ANDREWS et al., Respondents, *v.* CY B. ELKINS et al., Defendants, and HARRIET K. EVANS, as Administratrix of the Estate of GEORGE E. EVANS, Deceased, Appellant.

Argued January 10, 1946; decided March 7, 1946.

*Joseph S. McCann* for appellant.

*Benjamin H. Siff* and *Hyman Wiener* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.